JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>FIRST AMERICAN TITLE INSURANCE COMPANY )<br>)<br>Defendants. ) | Case No. SACV10-0713-DOC(MLGx)<br><br>ORDER DISMISSING CIVIL ACTION |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 60 days, to reopen this action if settlement is not consummated.

DATED: September 19, 2011

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge