JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, )<br>)<br>    Plaintiff, )<br>)<br>    -v- )<br>)<br>FIRST AMERICAN TITLE INSURANCE COMPANY )<br>)<br>    Defendants. )<br>_____ ) | Case No. SACV10-0713-DOC(MLGx)<br><br>ORDER DISMISSING<br>CIVIL ACTION |

    The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 60 days, to reopen this action if settlement is not consummated.

DATED: September 19, 2011

_David O. Carter_____
DAVID O. CARTER
United States District Judge